Submitted July 29, permanently disbarred September 7, 1960

IN RE: COMPLAINT AS TO THE CONDUCT OF
## WILLIAM E. FULLER
355 P. 2d 256

PER CURIAM.

The defendant, William E. Fuller, an attorney, was accused by the Oregon State Bar of converting to his own use about $5,750 from public funds which

came into his hands as a Justice of the Peace for Curry county, and of failing, as such public officer, to keep and file proper accounts.

After a trial at which the defendant admitted the substance of the charges the trial committee found the defendant guilty as charged and recommended that he be permanently disbarred. The matter was reviewed by the Board of Governors of the Oregon State Bar who adopted the findings of the trial committee and also recommend to this court that defendant be disbarred. No petition for review has been filed in this court by defendant.

We have carefully reviewed the record and approve the finding and recommendation of the Board of Governors. The defendant, William E. Fuller, is permanently disbarred.